```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE
```

```
In re:                              )
                                    ) Chapter 11
HARNISCHFEGER INDUSTRIES, INC.,     )
et al.,                             ) Case No. 99-2171 (PJW)
                                    ) (Jointly Administered)
            Debtors.                )
```

## ORDER

For the reasons set forth in the Court's opinion of this date (Doc. # 13394), the Application for an Order Reopening Bankruptcy Cases Pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure to Issue Order of Contempt on Account of Violation of Injunction in February 8, 2000 Sale Order (Doc. ## 13379 and 13392) is **denied**.


                                    Peter J. Walsh
                                    United States Bankruptcy Judge

Dated: January 5, 2011